UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLUMBERS AND STEAMFITTERS LOCAL 60 PENSION FUND; PLUMBERS AND STEAMFITTERS LOCAL 60 HEALTH AND WELFARE FUND; PLUMBERS AND STEAMFITTERS LOCAL 60 VACATION FUND; PLUMBERS AND STEAMFITTERS LOCAL 60 EDUCATION FUND; PLUMBERS AND STEAMFITTERS LOCAL 60 401(K) FUND; INTERNATIONAL TRAINING FUND; P.I.P.E; and PLUMBERS AND STEAMFITTERS LOCAL UNION 60** | CIVIL ACTION NO.: 2:18-cv-06331<br><br>JUDGE: SUSAN MORGAN<br><br>MAGISTRATE: DANA M. DOUGLAS |
| **VERSUS** | |
| **KSK PLUMBING MECHANICAL, LLC AND KERRY DIXON** | |

## CONSENT JUDGMENT

NOW COME Plaintiffs, Plumbers and Steamfitters Local 60 Pension Fund, Plumbers and Steamfitters Local 60 Health and Welfare Fund, Plumbers and Steamfitters Local 60 Vacation Fund, Plumbers and Steamfitters Local 60 Education Fund, Plumbers and Steamfitters Local 60 D.C. 401(k) Fund, United Association International Training Fund, P.I.P.E. and Plumbers and Steamfitters Local 60 (collectively, the "Plaintiffs Funds") and Defendant, KSK Mechanical Contractors, LLC, who have reached the following agreement and consent order of judgment, wherein the parties have agreed to the following:

1. By an LLC Resolution adopted January 13, 2019, the members of KSK Plumbing Mechanical, LLC. ("KSK") authorized Kerry Dixon to settle any and all claims asserted in this action. The LLC Resolution of KSK is attached as Exhibit A;

1

2. Kerry Dixon is the sole Member, Manager of KSK and is authorized to bind the company to the terms of this Consent Order of Judgment.

3. KSK agrees that it is liable to the Plaintiffs Funds for delinquent contributions and attorneys' fees and costs in the principal amount of $154,500, plus interest and penalties to be assessed at a rate of 6% per annum.

4. KSK agrees to remit payment according to the terms of the Payout Agreement executed on February 14, 2019 (Exhibit B, Payout Agreement);

5. KSK agrees to a judgment in favor of Plaintiffs Funds in the principal amount of $154,500, plus interest and penalties to be assessed at a rate of 6% per annum to be paid in installments of $4,087.49 per month for forty-two (42) months until paid in full, with the first payment due on or before February 15, 2019, and each subsequent payment due on the 15th of each month thereafter through August 15, 2022.

6. Monthly payments will be remitted by KSK, by check to the order of "Plumbers and Steamfitters' Benefits Funds" and shall be either hand delivered to the Funds Office located at 3515 N. Interstate 10 Service Road, Metairie, LA 70002, or mailed to Plumbers and Steamfitters' Benefit Funds, P.O. Box 8428, Metairie, LA 70011;

7. KSK shall remain current on all future remittance reports and contributions and payment of current contributions shall be made no later than the seventh (7th) day following the close of the monthly payroll period on which the work in Covered Employment is based.

8. KSK Plumbing Mechanical, LLC and Kerry Dixon are dismissed without prejudice but only until fully satisfying the amount of debt;

9. Upon KSK's complete satisfaction of settlement and payment under the terms of this Consent Order of Judgment, the Plaintiffs shall dismiss this action *with* prejudice. Thereafter, the Plaintiffs Funds and/or Plumbers and Steamfitters Local 60 shall have no claims arising from this action.

10. The Court shall administratively close this case but shall maintain jurisdiction to administer and enforce this agreement as necessary.

WHEREFORE, the parties agree that the above terms and conditions of the Consent Judgment will adequately resolve all issues against KSK Plumbing Mechanical, LLC and Kerry Dixon, and that, as a consequence, this matter should be dismissed without prejudice against KSK Plumbing Mechanical, LLC, and Kerry Dixon, each party to bear its own cost.

**ORDERED this 19th day of February, 2019.**

_____
**UNITED STATES DISTRICT JUDGE**

AGREED TO BY

ROBEIN, URANN,
SPENCER, PICARD & CANGEMI, APLC

_____
Louis L. Robein (LA Bar No. 11307)
Laura Cline (LA Bar No. 37074)
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email: lrobein@ruspclaw.com
Email: lcline@ruspclaw.com

*Attorneys for Plumbers & Steamfitters Local 60 Funds and Plumbers & Steamfitters Local 60*

BARRASSO, USDIN, KUPPERMAN,
FREEMAN & SARVER, L.L.C.

_____
H. Minor Pipes, III
909 Poydras St., Suite 2350
New Orleans, LA 70112
Direct: (504) 589-9726
Fax: (504) 589-9701
Email: mpipes@barrassousdin.com

*Attorney for KSK Plumbing Mechanical, LLC and Kerry Dixon*

4